| | |
|---|---|
| Steven H. Sackmann, #00618 | HON. JOHN A. ROSSMEISSL |
| Sackmann Law Office | Chapter 11 |
| P. O. Box 409 - 455 E. Hemlock, #A | |
| Othello, Washington 99344 | |
| (509) 488-5636 - phone | |
| (509) 488-6126 - FAX | |

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In Re: | ) | NO. 05-06600-JAR |
| | ) | |
| CERVANTES ORCHARDS & | ) | FINDINGS OF FACT AND |
| VINEYARDS, LLC, | ) | CONCLUSIONS OF LAW |
| | ) | REGARDING CONFIRMATION |
| Debtor. | ) | OF PLAN |
| | ) | |

THIS MATTER having come on regularly for hearing before the Honorable John A. Rossmeissl, Chief Bankruptcy Judge for the Eastern District of Washington, on the _____ day of _____, 2007, and CERVANTES ORCHARDS & VINEYARDS, LLC, (hereinafter "Debtor" and/or "CERVANTES") appearing by and through his attorney of record, STEVEN H. SACKMANN, and JOSE G. CERVANTES, being sworn and testifying as Debtor, and having submitted testimony by Declaration and the Court having considered the Declaration and the testimony offered in support of confirmation of the Plan and deeming itself fully advised in the premises, now makes the following

**FINDINGS OF FACT:**

A. **Procedural Status.** On or about March 7, 2006, Debtor filed its Chapter 11 Plan of Reorganization and Chapter 11 Disclosure Statement.

Debtor filed its First Amended Chapter 11 Plan of Reorganization and First Amended Chapter 11 Disclosure Statement on or about March 21, 2006.

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING CONFIRMATION OF PLAN - 1
sackmannlaw:CLIENTS:CERVANTES ORCHARDS & VINEYARDS:PLAN:FINDINGS OF FACT PLAN (4/10/07)

05-06600-JAR11    Doc 590    Filed 04/11/07    Entered 04/12/07 09:18:34    Pg 1 of 8

Debtor filed its Second Amended Chapter 11 Plan of Reorganization and Second Amended Chapter 11 Disclosure Statement on or about August 31, 2006.

Debtor filed its Third Amended Chapter 11 Plan of Reorganization and Third Amended Chapter 11 Disclosure Statement on or about October 5, 2006.

Debtor filed its Fourth Amended Chapter 11 Plan of Reorganization and Fourth Amended Chapter 11 Disclosure Statement on or about October 20, 2006.

On October 23, 2006, the Court entered an Order approving disclosure and setting confirmation with respect to the Fourth Amended Chapter 11 Disclosure Statement and the Fourth Amended Chapter 11 Plan of Reorganization.

On October 26, 2006, Debtor caused to be mailed to all creditors and other parties in interest a plan solicitation package that included:

    a. Notice of Approval of Disclosure Statement, Proposed Plan of Reorganization and Matters Relating to Confirmation of Plan
    b. Fourth Amended Chapter 11 Plan of Reorganization
    c. Fourth Amended Disclosure Statement
    d. List Classifying Claims and Interest
    e. Ballot for Accepting or Rejecting Plan of Reorganization

The deadline for voting on the Plan was November 27, 2006.

B. **Ballot Summary.** A summary of the acceptances and rejections of Debtor's Plan is as follows:

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING CONFIRMATION OF PLAN - 2
sackmannlaw:CLIENTS:CERVANTES ORCHARDS & VINEYARDS:PLAN:FINDINGS OF FACT PLAN (4/10/07)

05-06600-JAR11   Doc 590   Filed 04/11/07   Entered 04/12/07 09:18:34   Pg 2 of 8

## FOURTH AMENDED PLAN OF REORGANIZATION

| No. | Creditor | Votes For | Votes Against | No Vote | Late Filing Filing | Claim Amount |
|---|---|---|---|---|---|---|
| I | Administrative Expenses | | | X | | $-0- |
| II | Priority Claims | | | X | | |
| III | Internal Revenue Service | | | X | | $304,099.68 |
| IV | Deere Credit, Inc. | | | X | | $4,859,353.22 |
| V | U.S. Bank Trust, N.A. | | X | | | $1,960,565.35 |
| VI | Columbia Trust Bank | | X | | | $737,373.25 |
| VII-1 | Elbert B. Schinmann | | X | | | $111,889.38 |
| VII-2 | Douglas F. Bridgman | X | | | | $243,903.03 |
| VII-3 | Robert Lambrecht | | | | X | $223,514.91 |
| VII-4 | AmericanWest Bank | | X | | | $214,609.35 |
| VII-5 | Ronald L. Curfman | X | | | | $73,612.78 |
| VII-6 | Gary Simmons | | | X | | $217,226.43 |
| | Kay Moore | | | | | |
| | Sherran Whatley | | | | | |
| VII-7 | Everett Wiggins | | | X | | $34,000.00 |
| VII-8 | Donna Freburn | | | X | | $1,500.00 |
| VIII | Unsecured Creditors: (Comprised of) | | | | | |
| | Central Pre-Mix Concrete | X | | | | $5,509.34 |
| | Valley Pipe | X | | | | $9,329.58 |
| | Yakima Adjustment Service, Inc. | | | X | | $4,317.82 |
| | Cingular Wireless | X | | | | $644.79 |
| | Rain & Hail, LLC | | | X | | $46,631.00 |
| | Hart & Winfree | X | | | | $42,500.00 |
| IX | Claims of Related Entities: (Comprised of) | | | | | |
| | Cervantes Nurseries, LLC | X | | | | $-0- |
| | Cervantes Packing & Storage, LLC | X | | | | $-0- |
| | Manchego Real, LLC | X | | | | $-0- |
| | Joe and Cynthia Cervantes | X | | | | $-0- |
| X | Cervantes Orchards & Vineyards, LLC | X | | | | $-0- |

    a.    100% of Voting Class VIII Unsecured Creditors in number and in amount voted to accept the Plan

All Administrative Claimants consented to Plan treatment.

C. **Plan Objections**. Objections to the Disclosure Statement, Plan and/or confirmation were received by the following creditors:

1. U.S. Bank Trust, N.A. U.S. Bank Trust, N.A. objected to the claim amount, release price, refinancing, credit bid, prepayment charges, default provisions, and provisions for DCI. These objections have been resolved by negotiation and stipulations contained in the Fourth Amended Chapter 11 Plan of Reorganization and proposed First Amended Order Confirming Chapter 11 Plan of Reorganization.

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING CONFIRMATION OF PLAN - 3
sackmannlaw:CLIENTS:CERVANTES ORCHARDS & VINEYARDS:PLAN:FINDINGS OF FACT PLAN (4/10/07)

05-06600-JAR11   Doc 590   Filed 04/11/07   Entered 04/12/07 09:18:34   Pg 3 of 8

2. <u>Columbia Trust Bank (now AmericanWest Bank)</u>. Columbia Trust Bank (now AmericanWest Bank) objected to correct identification of creditor, disclosure of harvest expenses, misleading statements in the documents, overly optimistic statements, release payment terms, payment to unsecured creditors, disclosure of pending litigation, reference to tax returns, questions on cash flow projections, and the fact that the documents do not provide enough truthful, factual or complete information to enable a hypothetical investor of a relevant class to make an informed judgment. These objections have been resolved by negotiation and stipulations contained in the Fourth Amended Chapter 11 Plan of Reorganization and proposed First Amended Order Confirming Chapter 11 Plan of Reorganization.

3. <u>AmericanWest Bank</u>. AmericanWest Bank objected to correct identification of creditor, disclosure of harvest expenses, misleading statements, overly optimistic statements, release payment terms, payment to unsecured creditors, disclosure of pending litigation, reference to tax returns, questions on cash flow projections, and the fact that the documents do not provide enough truthful, factual or complete information to enable a hypothetical investor of a relevant class to make an informed judgment. These objections have been resolved by negotiation and stipulations contained in the Fourth Amended Chapter 11 Plan of Reorganization and proposed First Amended Order Confirming Chapter 11 Plan of Reorganization.

4. <u>Deere Credit, Inc</u>. Deere Credit, Inc. objected to disclosure of anticipated expenses and revenues, disclosure of information for related entities, itemization of Debtor's equipment, disclosure of intended litigation, disclosure of tax consequences, claim amount and interest rate, guarantors of loans, separation of loans, amortization of loan, default provisions, and release payment terms. Deere Credit, Inc. also objected on the basis that the documents do not satisfy the requirements of USC §1129(a). These objections have been resolved by negotiation and stipulations contained in the Fourth Amended Chapter 11 Plan of

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING CONFIRMATION OF PLAN - 4
sackmannlaw:CLIENTS:CERVANTES ORCHARDS & VINEYARDS:PLAN:FINDINGS OF FACT PLAN (4/10/07)

05-06600-JAR11    Doc 590    Filed 04/11/07    Entered 04/12/07 09:18:34    Pg 4 of 8

Reorganization and proposed First Amended Order Confirming Chapter 11 Plan of Reorganization.

5. <u>Internal Revenue Service</u>. Internal Revenue Service objected to the Debtor's failure to file appropriate returns, failure to make tax deposits and payment of post-petition taxes. These objections have been resolved by negotiation and stipulations contained in the Fourth Amended Chapter 11 Plan of Reorganization and proposed First Amended Order Confirming Chapter 11 Plan of Reorganization.

6. <u>National Leasing Association</u>. National Leasing Association objected to disclosure of the potential claim of National Leasing Association, potential liability for patent infringement and illegal attempt to bar claims arising out of future conduct. These objections have been resolved by amendments contained in the Fourth Amended Chapter 11 Plan of Reorganization.

7. <u>U.S. Trustee</u>. U.S. Trustee objected to improper preference for DCI, unrecorded superior lien on all future assets, liquidating trustee, and ability to fund upcoming farming years. These objections have been resolved by negotiation and stipulations contained in the Fourth Amended Chapter 11 Plan of Reorganization and proposed First Amended Order Confirming Chapter 11 Plan of Reorganization.

8. <u>Everett Wiggins</u>. Everett Wiggins objected to claim amount, claim filing, and voting on plan. These objections have been resolved by amendments contained in the proposed First Amended Order Confirming Chapter 11 Plan of Reorganization.

9. The provisions relating to Class 7 claims of real property sellers have been amended to provide that payments scheduled prior to the Confirmation Date not yet paid shall be paid on or before the 31st day of July, 2007, pursuant to proposed First Amended Order Confirming Chapter 11 Plan of Reorganization.

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING CONFIRMATION OF PLAN - 5
sackmannlaw:CLIENTS:CERVANTES ORCHARDS & VINEYARDS:PLAN:FINDINGS OF FACT PLAN (4/10/07)

05-06600-JAR11    Doc 590    Filed 04/11/07    Entered 04/12/07 09:18:34    Pg 5 of 8

10. All creditors received notice of proposed changes to the Fourth Amended Chapter 11 Plan of Reorganization and the opportunity to object or change their ballot vote per notice dated March 27, 2007. No creditors have objected or changed their ballot vote.

F. Debtor's Plan of Reorganization meets the following requirements:

a. The Plan complies with the applicable provisions of Chapter 11;

b. Debtor has complied with the applicable provisions of Chapter 11;

c. The Plan has been proposed in good faith and not by any means forbidden by law;

d. Any payment made or to be made by Debtor or person acquiring property under the plan for services or for costs and expenses in or in connection with the case, or in connection with the Plan and incident to the case, has been approved by, or is subject to the approval of, the Court as reasonable;

e. With respect to each impaired class of claims or interests, each holder of a claim or interest of such class has accepted the plan or will receive or retain under the plan, on account of such claim or interest, property of a value, as of the effective date of the plan, that is not less than the amount that such holder would so receive or retain if the Debtor were liquidated under Chapter 7 of this title on such date.

f. With respect to each class of claims or interests such class has accepted the plan.

g. Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of Debtor or any successor to Debtor under the Plan;

h. All fees payable under § 1930 of Title 28 have been paid or the Plan provides for the payment of all such fees on the effective date of the Plan;

i. Internal Revenue Service has agreed to the plan provisions.

j. All holders of undisputed unpaid post petition administrative claims have agreed to be paid in full and will be paid in full in accordance with the plan.

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING CONFIRMATION OF PLAN - 6
sackmannlaw:CLIENTS:CERVANTES ORCHARDS & VINEYARDS:PLAN:FINDINGS OF FACT PLAN (4/10/07)

05-06600-JAR11   Doc 590   Filed 04/11/07   Entered 04/12/07 09:18:34   Pg 6 of 8

k.  Unsecured Creditors shall receive the following distribution:

   (1) A cash payment equal to twenty (20%) of the amount of the Approved Class 8 Claim.

   (2) The Debtor's unsecured Promissory Note in the amount of eighty (80%) percent of the Approved Class 8 Claim, which Promissory Note shall bear interest at the rate of six (6%) percent per annum and shall be payable in full in a single payment on or before July 31, 2007.

l.  The proposed Plan does not discriminate unfairly and is fair and equitable with respect to each class of claims or interests.

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING CONFIRMATION OF PLAN - 7
sackmannlaw:CLIENTS:CERVANTES ORCHARDS & VINEYARDS:PLAN:FINDINGS OF FACT PLAN   (4/10/07)

05-06600-JAR11    Doc 590    Filed 04/11/07    Entered 04/12/07 09:18:34    Pg 7 of 8

Having heretofore made its Findings of Fact, the Court now enters the following:

**CONCLUSIONS OF LAW**

1. Debtor's Fourth Amended Chapter 11 Plan of Reorganization complies in all aspects with the applicable provisions of Chapter 11 of the Code, and specifically, 11 USC §1129.

2. Debtor's Fourth Amended Chapter 11 Plan of Reorganization, as modified above, should be confirmed.

Presented by:

/s/ Steven H. Sackmann
_____
STEVEN H. SACKMANN, #00618
Attorney for Debtor
P. O. Box 409 - 455 E. Hemlock
Othello, Washington 99344
(509) 488-5636

_____
John A. Rossmeissl
Bankruptcy Judge

04/11/2007 11:27:12 AM

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING CONFIRMATION OF PLAN - 8
sackmannlaw:CLIENTS:CERVANTES ORCHARDS & VINEYARDS:PLAN:FINDINGS OF FACT PLAN (4/10/07)